95 F.3d 1376w
 Fed. Sec. L. Rep. P 99,311, 96 Cal. Daily Op. Serv. 6780,
96 Daily Journal D.A.R. 11,109
Diane PROVENZ; Ahikim Eizenberg, Plaintiffs-Appellants,
v.
Robert C. MILLER; Charles M. Boesenberg; David G.
Ludvigson; Stephen R. Bennion; William D. Jobe;
MIPS Computer Systems, Inc., Defendants-Appellees.
 Nos. 95-15839, 95-16819.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted June 11, 1996.
Decided Sept. 11, 1996.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION